IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

Nos. 95-20133
95-20135
(consolidated)
_____


IN THE MATTER OF: CENTRIZ OF
NORTH AMERICA, INC.,

Debtor,

JUAN E. JOCHAMOWITZ and
LUIS BLOMBERG,

Appellants,

versus

CARLOS E. MENDEZ-PENATE and
HOLLAND & KNIGHT,

Appellees.



_____

Appeal from the United States District Court for the
Southern District of Texas
(CA-L-95-001)
_____

December 12, 1995

Before GARWOOD, SMITH and DENNIS, Circuit Judges.[*]

PER CURIAM:

We decline to reexamine our June 15, 1995 order dismissing the

appeal of Centriz of North America.  It is essentially undisputed

Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the Court has determined that this opinion should not be published.

that the bankruptcy court did not disqualify attorney Besing as counsel for appellants Juan E. Jochamowitz and Luis Blomberg; therefore, the district court erred in holding that they did not give timely notice of appeal from the bankruptcy court's judgment and in dismissing their appeals for that reason. Accordingly, the judgment of the district court dismissing, for want of timely notice of appeal, the appeals of Jochamowitz and Blomberg is reversed and the cause as to Jochamowitz and Blomberg is remanded to the district court for further proceedings consistent herein.

REVERSED AND REMANDED.